B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Ohio

In re   **Chris H Stocklin**                                                        Case No.
                                        Debtor(s)                    Chapter     **7**

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Ditech** | **Describe Property Securing Debt:**<br>**SFR  located at 14993 Pleasant Valley Rd., Chillicothe, Ohio 45601.**<br>**Insured through HomeOwners Insurance Co.** |

Property will be (check one):

☐  Surrendered                    ■    Retained

If retaining the property, I intend to (check at least one):

☐  Redeem the property

■    Reaffirm the debt

☐  Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■  Claimed as Exempt                    ☐  Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                    Page 2

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**ERA Mortgage** | **Describe Property Securing Debt:**<br>**SFR  located at 14993 Pleasant Valley Rd., Chillicothe, Ohio 45601.**<br>**Insured through HomeOwners Insurance Co.** |

Property will be (check one):

□ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):

□ Redeem the property

■ Reaffirm the debt

□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt          □ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>□ YES      □ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **February 25, 2009**           Signature   **/s/ Chris H Stocklin**
                                           **Chris H Stocklin**
                                           Debtor